UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re:<br><br>CYNTHIA R. SEPULVEDA,<br><br>        Debtor. | Bankr. Case No. 6:21-cv-733-TPG<br>Chapter 13 |
| CYNTHIA R. SEPULVEDA,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and GREAT LAKES EDUCATIONAL LOAN SERVICES, INC.,<br><br>        Defendants. | Adv. Pro. Case No. 6:23-ap-9-TPG |

## **ANSWER AND AFFIRMATIVE DEFENSES**

Defendant United States Department of Education ("DOE") hereby answers plaintiff's Complaint (ECF 1).

1. The allegations in this paragraph are legal conclusions to which no response is required. To the extent a response is required, DOE is without knowledge or information sufficient to admit or deny the allegations regarding plaintiff's citizenship and residency and, therefore, denied. Admitted that plaintiff filed a petition for relief under Chapter 13 of the U.S. Bankruptcy Code on February 19, 2021, Case No. 6:21-bk-733-TPG, which remains pending.

2. Admitted.

3. The allegations in this paragraph are legal conclusions to which no response is required. To the extent a response is required, admitted.

4. DOE is without knowledge or information sufficient to admit or deny the allegations in this paragraph and, therefore, denied.

5. DOE is without knowledge or information sufficient to admit or deny the allegations in this paragraph and, therefore, denied.

6. Admitted that plaintiff obtained eight federal student loans used to pay for her dependents' education, including at Quinnipiac University, Hudson County Community College, and Seton Hall University and that the outstanding balance is $182,884.00, the majority of which related to Quinnipiac. DOE is without knowledge or information sufficient to admit or deny the allegations regarding plaintiff's private loans and, therefore, denied.

7. DOE is without knowledge or information sufficient to admit or deny the allegations in this paragraph and, therefore, denied.

8. Admitted that plaintiff has received forbearances. DOE is without knowledge or information sufficient to admit or deny the remaining allegations in this paragraph and, therefore, denied.

9. DOE is without knowledge or information sufficient to admit or deny the allegations in this paragraph and, therefore, denied.

10. The allegations in this paragraph are legal conclusions to which no response is required. To the extent a response is required, admitted.

11. This paragraph contains no factual allegations requiring a response. To the extent a response is required, the United States incorporates its answers to paragraphs 1-10, as if fully restated herein.

12. The allegations in this paragraph are legal conclusions to which no response is required. To the extent a response is required, denied.

13. The allegations in this paragraph are legal conclusions to which no response is required. To the extent a response is required, DOE is without knowledge or information sufficient to admit or deny the allegations in this paragraph and, therefore, denied.

14. The allegations in this paragraph are legal conclusions to which no response is required. To the extent a response is required, DOE is without knowledge or information sufficient to admit or deny the allegations in this paragraph and, therefore, denied.

<u>General denial.</u> To the extent not specifically admitted above, DOE generally denies all allegations in plaintiff's Complaint.

**AFFIRMATIVE DEFENSES**

In further answer to the Complaint and as separate affirmative defenses, DOE asserts as follows:

1. Plaintiff has failed to state a claim upon which relief can be granted, including under 11 U.S.C. § 523(a)(8).

2. Plaintiff has failed to sufficiently allege and will not be able to prove that she is unable to presently maintain a minimal standard of living if required to repay

the loans, that circumstances exist that indicate her financial situation is likely to persist into the future, and that she has made good faith efforts in the past to repay the loans.

WHEREFORE, having fully answered the allegations in the Complaint, DOE denies plaintiff is entitled to the relief she seeks.

Dated: March 28, 2023

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ Robert D. Sowell
Robert D. Sowell
Assistant United States Attorney
FBN 113615
Office of the United States Attorney
400 W. Washington St., Ste. 3100
Orlando, FL 32801
Telephone: 407-648-7500
Robert.sowell@usdoj.gov

Counsel for U.S. Dep't of Education

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participant:

Robert B. Branson, Esq.
BransonLaw PLLC

<u>/s/ Robert D. Sowell</u>
Assistant United States Attorney