**ORDERED.**

Dated: **March 06, 2024**

_Tiffany P. Geyer_
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**

**CYNTHIA R. SEPULVEDA,**

    **Debtor.**
_____/

**CYNTHIA R. SEPULVEDA,**

    **Plaintiff,**

v.

**UNITED STATES DEPARTMENT**
**OF EDUCATION.**

    **Defendant.**
_____/

**Case No.: 6:21-bk-00733-TPG**
**Chapter 13**

**ADV. NO.: 6:23-ap-00009-TPG**

## AGREED PARTIAL FINAL JUDGMENT

This case came before the Court without a hearing on Plaintiff's Complaint (Doc. 1) seeking to determine the dischargeability of Defendant's claims pursuant to 11 U.S.C. §523 (a)(8). Defendant does not contest the Court's partial discharge of Debtor's debt at issue in this adversarial

proceeding. By submission of this agreed final judgment for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is

**ORDERED:**

1. Judgment is entered in part in favor of the Plaintiff, Cynthia R. Sepulveda on her Complaint.

2. Upon the payment by plaintiff to defendant of $16,000.00 through her Chapter 13 Plan and upon the successful completion of such plan and discharge, defendant shall discharge $134,884.00 of the federal student loans owed by plaintiff and which are the subject of this adversary proceeding.

3. In accordance with the parties' agreement and the above conditions, the Court hereby declares this sum ($134,884.00) dischargeable pursuant to 11 U.S.C. § 523(a)(8).

###

Clerk to serve.